# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **JOSHUA DAVID DAVIS,** | ) |
| **PLAINTIFF** | ) ) ) |
| v. | ) CIVIL NO. 2:20-CV-415-DBH ) |
| **SOCIAL SECURITY ADMINISTRATION COMMISSIONER,** | ) ) ) |
| **DEFENDANT** | ) |

# ORDER OF DISMISSAL

The record discloses that the plaintiff has not responded to this Court's January 5, 2021, Order to Show Cause within 14 days why his case should not be dismissed for lack of prosecution.

Accordingly, the case is now **DISMISSED** for lack of prosecution  See Local Rule 41.1(b).

**SO ORDERED.**

**DATED THIS 27TH DAY OF JANUARY, 2021**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**